AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

REC'D by _____ D.C.

APR 14 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHAWN WILLIAMS | ) | Case No: 00-14059 CR |
| | ) | USM No: 24442-018 |
| Date of Previous Judgment: 11/06/2001 | ) | Lori Barrist |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] **DENIED.**  [✓] **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **100 MONTHS** months is reduced to **90 MONTHS**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | 120 to 150 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[✓] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "TIME SERVED" sentence.

Except as provided above, all provisions of the judgment date **11/6/2001** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/14/08

Effective Date: _____
(if different from order date)

Judge's signature

Donald M. Middlebrooks, U.S.D.J.
Printed name and title